UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KURT B. LUDLOW,<br><br>                              Plaintiff(s),<br><br>     v.<br><br>SILVER STATE FINANCIAL SERVICES, INC., et al.,<br><br>                              Defendant(s). | Case No. 2:15-CV-235 JCM (NJK)<br><br>ORDER |

Presently before the court is defendants Mortgage Electronic Registration Systems, Inc. and The Bank of New York Mellon's emergency motion for extension of time to respond to plaintiff's complaint.  (Doc. # 6).

Defendants seek an additional fourteen days to file their initial responsive pleading, which was due on March 9, 2015.  Defense counsel was just recently retained on this matter and is in the process of reviewing defendants' records related to the case and preparing the appropriate briefing.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for extension of time to respond to plaintiff's complaint (doc. # 6) be, and the same hereby is, GRANTED.  Defendants shall have **up to and including March 23, 2015**, in which to file their response to plaintiff's complaint.

DATED March 10, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**