1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

KURT B. LUDLOW,

Case No. 2:15-CV-235 JCM (NJK)

8

Plaintiff(s),

ORDER

9

v.

10

SILVER STATE FINANCIAL SERVICES,
INC., et al.,

11
12

Defendant(s).

13
14

Presently before the court is defendants Mortgage Electronic Registration Systems, Inc.

15

and the Bank of New York Mellon's motion to dismiss complaint.  (Doc. # 9).  Plaintiff's response

16

was due by July 6, 2015.  Plaintiff has not filed a response or sought an extension from the court.

17

"To survive a motion to dismiss, a complaint must contain sufficient factual matter,

18

accepted as true, to 'state a claim for relief that is plausible on its face.'"  *Ashcroft v. Iqbal*, 129 S.

19

Ct. 1937, 1949 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

20

"Where a complaint pleads facts that are 'merely consistent' with a defendant's liability, it 'stops

21

short of the line between possibility and plausibility of entitlement to relief.'"  *Id.* (citing *Bell*

22

*Atlantic*, 550 U.S. at 557).  However, where there are well pled factual allegations, the court should

23

assume their veracity and determine if they give rise to relief.  *Id.* at 1950.

24

Pursuant to Local Rule 7-2, an opposing party must file points and authorities in response

25

to a motion and failure to file a timely response constitutes the party's consent to the granting of

26

the motion and is proper grounds for dismissal.  *See* LR IB 7-2(d); *United States v. Warren*, 601

27

F.2d 471, 474 (9th Cir. 1979).  However, prior to dismissal, the district court is required to weigh

28

several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need

James C. Mahan
U.S. District Judge

1  to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

2  disposition of cases of their merits; and (5) the availability of less drastic sanctions."  *Ghazali v.*

3  *Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir.

4  1986)).

5       In light of plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the

6  court finds dismissal of plaintiff's complaint against the moving defendants appropriate.

7       Further Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within

8  120 days after the complaint is filed, the court—on motion or on its own after notice to the

9  plaintiff—must dismiss the action without prejudice."

10      Plaintiff filed his complaint on February 10, 2015.  (Doc. #1).  On June 15, 2015, the clerk

11 of the court provided notice to plaintiff that the action would be dismissed as to defendants Silver

12 State Financial Services, Inc., Recontrust Company, N.A., Old Republic Title Company of

13 Nevada, and National Default Servicing Corporation, if plaintiff did not file proof of service of

14 process by July 15, 2015.  (Doc. # 8).

15      To date, plaintiff has failed to file proof of service with the court as to the above named

16 defendants.

17      Accordingly,

18      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Mortgage

19 Electronic Registration Systems, Inc. and the Bank of New York Mellon's motion to dismiss

20 complaint (doc. # 9) be, and the same hereby is, GRANTED.  Plaintiff's complaint against

21 Mortgage Electronic Registration Systems, Inc. and the Bank of New York Mellon is

22 DISMISSED.

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that, under Federal Rule of Civil Procedure 4(m), plaintiff's

2   complaint against defendants Silver State Financial Services, Inc., Recontrust Company, N.A., Old

3   Republic Title Company of Nevada, and National Default Servicing Corporation be, and the same

4   hereby is, DISMISSED without prejudice.  The clerk is ordered to close the case.

5     DATED July 16, 2015.

6

7   _____
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28